UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    IVAN VERGARA  
    SUSANNA VERGARA  
        Debtor(s)

Case No. 11-40404

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/04/2011.

2) The plan was confirmed on 12/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/12/2012.

5) The case was dismissed on 01/11/2013.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,160.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,160.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,212.52 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $88.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,300.80

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNT RECOVERY SERVICES | Unsecured | NA | 260.00 | 260.00 | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| ALPAT CO | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA CONSULTANTS | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| ARS INC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 2,000.00 | 826.94 | 826.94 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 142.00 | 285.68 | 285.68 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 1,480.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | NA | 4,557.48 | 4,557.48 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 500.00 | 520.63 | 520.63 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | NA | 344.36 | 344.36 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 9,554.90 | 9,554.90 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 11,658.00 | 13,493.03 | 13,493.03 | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| CYBERCOLLECT | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SERVICES GROUP | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SERVICES GROUP | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| DS WATERS | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| GREENLEAF ORTHOPAEDIC ASSOC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 1,455.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 3,000.00 | 2,245.00 | 2,245.00 | 0.00 | 0.00 |
| INFINITY PHYSICIANS | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,248.00 | 2,370.59 | 2,370.59 | 259.27 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAKE COUNTY RADIOLOGY | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST PEDIATRICS | Unsecured | 730.00 | NA | NA | 0.00 | 0.00 |
| MCI WORLDCOM RES SERVICE | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTI | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| NEXTEL COMMUNICATIONS | Unsecured | 1,671.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 3,623.92 | 3,623.92 | 0.00 | 0.00 |
| NORTH SHORE RHEUMATOLOGY | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN | Secured | 4,000.00 | 4,000.00 | 4,000.00 | 503.47 | 96.46 |
| PHILADEPHIA INS CO | Unsecured | NA | 9,029.00 | 9,029.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,135.00 | 1,135.95 | 1,135.95 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 891.00 | 891.07 | 891.07 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 846.00 | 488.35 | 488.35 | 0.00 | 0.00 |
| RACINE COUNTY CIRCUIT COURT | Unsecured | 400.00 | 215.54 | 215.54 | 0.00 | 0.00 |
| RACINE COUNTY CIRCUIT COURT | Unsecured | NA | 249.24 | 249.24 | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT SERVIC | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER INC | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| ROCKENBACH CHEVROLET | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 2,344.52 | 2,344.52 | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 1,114.79 | 1,114.79 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 2,248.00 | 1,033.97 | 1,033.97 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 142.00 | 142.46 | 142.46 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | NA | 715.90 | 715.90 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,000.00 | $503.47 | $96.46 |
| **TOTAL SECURED:** | **$4,000.00** | **$503.47** | **$96.46** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,370.59 | $259.27 | $0.00 |
| **TOTAL PRIORITY:** | **$2,370.59** | **$259.27** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,072.73** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $1,300.80 |
| Disbursements to Creditors | $859.20 |
| **TOTAL DISBURSEMENTS** : | **$2,160.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/19/2013         By: /s/ Glenn Stearns
                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**